## STATE OF CONNECTICUT *v.* JERMAINE GIBBS
### (13936)

Heiman, Hennessy and Glass, Js.

Argued October 30—decision released November 21, 1995

*S. Dave Vatti,* special public defender, with whom, on the brief, was *Patrick J. Fitzgerald,* for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *C. Robert Satti,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.